IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 12-cr-00058-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS ESTRADA-SANDOVAL,

    Defendant.
_____

### ORDER
_____

    PURSUANT to and in accordance with Order entered by the Judge William J. Martínez, it is

    ORDERED that Defendant Carlos Estrada-Sandoval is sentenced to TIME SERVED.

    DATED: June 22, 2012

                                            BY THE COURT:

                                            _____
                                            Judge William J. Martínez
                                            United States District Judge